IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21CV187-GCM

KOBI GORE,                          )
                                    )
    Plaintiff,                      )
                                    )
Vs.                                 )           ORDER
                                    )
BELLSOUTH                           )
TELECOMMUNICATIONS, LLC,            )
                                    )
    Defendant.                      )
_____)

    This matter is before the Court upon the Defendant's Motion for Summary Judgment, filed April 11, 2022. (Doc. No. 8). The Plaintiff filed a Response in Opposition on April 25. (Doc. No. 10). On May 2, Defendant filed a Notice indicating that it did not intend to file a reply. (Doc. No. 11).

    The Court has read the briefs filed by the Parties and reviewed the Exhibits submitted therewith. It appears to the Court that there are genuine issues of material fact such that summary judgment is not warranted. Accordingly, this case will proceed to trial during the July , 2022 trial term.

    IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby DENIED.

Signed: May 16, 2022

*[Signature]*

Graham C. Mullen
United States District Judge