# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00187-GCM

| | |
|---|---|
| **KOBI GORE,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **BELLSOUTH TELECOMMUNICATIONS, LLC,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on its own motion. Trial in this matter is presently set for July 18, 2022. Due to an unforeseen scheduling conflict, the trial date must be reset.

**IT IS THEREFORE ORDERED** that the trial date is **RESET** to August 8, 2022, at 10:00 am.

**SO ORDERED**.

Signed: May 23, 2022

Graham C. Mullen
United States District Judge